# EXHIBIT A

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

| | |
|---|---|
| **K&D, LLC t/a CORK,** | * |
| c/o Veritas Law | * |
| 1225 19th Street, NW | * |
| Suite 320 | * |
| Washington, D.C. 20036 | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **TRUMP OLD POST OFFICE, LLC** | * |
| c/o National Registered Agents Inc. | * |
| 1015 15th Street N.W. | * |
| Suite 1000 | * |
| Washington, D.C. 20005 | * |
| | * |
| and | * |
| | * |
| **DONALD J. TRUMP** | * |
| Individually, and in his personal capacity, | * |
| Trump Tower | * |
| 725 5th Avenue | * |
| New York, New York 10022 | * |
| | * |
| Defendants. | * |

Civil Action No. 17-___ 2017 CA 001560 B___

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **COMPLAINT**

COMES NOW, K&D, LLC t/a Cork, by and through undersigned counsel, and states the following claim against Defendants Trump Old Post Office, LLC, and Donald. J. Trump, in his individual and personal capacity (hereinafter jointly referred to as "Defendants"):

1.       This is an action for unfair competition in the District of Columbia brought by a local restaurant that directly competes with the Trump Old Post Office, LLC, and its owner, Donald J. Trump, in the District of Columbia marketplace. Plaintiff seeks a court order forbidding Defendants from continuing to compete unfairly with Plaintiff in the restaurant business in the District of Columbia.

2. As more fully set forth below, the Plaintiff's claims are based on the unfair advantage that the Trump International Hotel and its dining establishments, in a building owned by the United States and operated by the Defendants, has gained from Defendant Donald J. Trump being the President of the United States. That advantage is specifically prohibited by the hotel lease between Trump Old Post Office, LLC, and the United States, as well as the laws of the District of Columbia. The effects of that unfair advantage are magnified greatly by marketing activities of the Hotel's officers and employees and the similar activities of defendant Trump, his family, and the White House staff and/or advisors.

## PARTIES

3. Plaintiff K&D, LLC t/a Cork ("Cork") owns Cork Wine Bar, a first-class nationally renowned full service restaurant and bar that is located at 1720 14th Street, N.W., Washington, D.C. 20009. Cork Wine Bar is recognized as a top 100 restaurant in the city and was featured in *Bon Appetit Magazine* as a top 10 wine bar in the United States. Cork Wine Bar offers at least 50 wines by the glass, 250 bottles from small producers around the world, a broad menu from award winning restaurateurs and chefs, and catering options.

4. A significant portion of Cork's business involves serving meals and alcoholic beverages, and hosting events, often for large groups of individuals and organizations, including many from outside the United States, who have business of one kind or another with – including seeking to influence the policies of – the United States Government and its elected officials.

5. Defendant Trump Old Post Office LLC is organized under the laws of Delaware with its principal place of business at 1100 Pennsylvania Avenue, N.W., Washington, D.C. 20004. It is represented in the District of Columbia by National Registered Agents Inc., and it is owned by a revocable trust that acts for the sole benefit of the Defendant Donald J. Trump.

2

Defendant Donald J. Trump is being sued in his individual and personal capacity, but has been the President of the United States since January 20, 2017.

## JURISDICTION

6. This Court has jurisdiction over this matter through D.C. Code §11-921 and D.C. Code §13-423.

## RELEVANT FACTS

### *The Leasing Of The Building*

7. On February 6, 2012, the General Services Administration ("GSA") announced that it had chosen The Trump Organization as the potential redeveloper of the Old Post Office Pavilion, 1100 Pennsylvania Avenue, N.W., in the District of Columbia, to be used for a hotel and restaurants.

8. On June 12, 2013, GSA and Defendant Trump Post Office, LLC, agreed to the terms of a provisional lease.

9. A final lease between the United States, acting through GSA, and Defendant Trump Old Post Office, LLC, dated August 5, 2013, granted designated portions of the land and improvements at the historic Old Post Office Pavilion (the "Lease"). The term of the Lease is sixty years, subject to the early termination provision in Section 4.4.

10. Section 37.19 of the Lease provides as follows:

"No member or delegate to Congress, or elected official of the Government of the United States or the Government of the District of Columbia, shall be admitted to any share or part of this Lease, or to any benefit that may arise therefrom; provided, however, that this provisions shall not be construed as extending to any Person who may be a shareholder or other beneficial owner of any publicly held corporation or other entity, if this Lease is for the general benefit of such corporation or other entity."

3

11. At the time of the negotiations of the lease, the entry into the lease, and to the present, Defendant Donald J. Trump has received benefits under the Lease.

*Operation Of The Hotel*

12. On or about September 12, 2016, Defendant Trump Old Post Office, LLC, opened the hotel and restaurants provided for in the Lease under the name Trump International Hotel (the "Hotel").

13. Defendant Trump Old Post Office, LLC, owns and operates the restaurant BLT Prime and the Benjamin Bar and Lounge within the Hotel and is the holder of the liquor license issued to those entities.

14. The Hotel also provides spaces for meeting that include the Lincoln Library, which provides a social setting for meetings and events.

15. At the time of the opening of the Hotel, Defendant Donald J. Trump was a candidate for President of the United States, having formally declared his candidacy on or about June 16, 2015.

16. Because the Hotel and its restaurants and shops are new and because of its location, the Hotel and its restaurants immediately began to compete with Cork for business, just as any new hotel and restaurant in that location would compete.

17. But on November 9, 2016, the day after Defendant Donald J. Trump was elected President of the United States, the competition between the Hotel and Cork began to favor the Hotel much more than before the election, with the result that many organizations and individuals, including citizens of nations other than the United States, substantially increased their use of the Hotel and its various facilities to the detriment of Cork.

4

18.    The reason for the increase in business for Defendants was the perception by many of the customers and prospective customers of the Hotel, substantially aided by the marketing efforts of officers and employees of the Hotel, as well as members of the family of Defendant Donald J. Trump and others associated with him, that it would be to their advantage in their dealings with President Donald J. Trump and other agencies of the United States Government if they patronized the Hotel.

19.    The business increase has been and will continue to be most harmful to Cork for receptions and dinners for large groups of lobbyists, as well as for political fundraisers and conventions, for which the association with President Donald J. Trump's Hotel will be perceived to be particularly advantageous. These events are particularly lucrative for the Hotel, as they are for Cork, because of the ability of the Hotel to set prices without regard to an advertised price for its restaurants and bars.

20.    Rather than take any significant steps to avoid exploiting public office for private gain, defendant Donald J. Trump, his family, and various White House staff and/or advisors have continued to promote the Hotel to maximize its exposure and income-producing potential. These promotional activities have included, but are not limited to, the following:

(a)    On January 19, 2017, at a televised press conference, Sean Spicer, now the White House Press Secretary, endorsed the Hotel, exclaiming "It's an absolutely stunning hotel. I encourage you to go there if you haven't been by."

(b)    Immediately following his inauguration, during the nationally televised inaugural parade itself, President Donald J. Trump and his family chose to exit their motorcade near the Hotel, thereby maximizing television coverage of the event and drawing further attention to their property.

5

(c)     The last name of Defendant Donald J. Trump, who is now serving as the President of the United States, is prominently displayed in large, block letters on multiple signs on the exterior of the Hotel and on major streets in the District of Columbia.

(d)     President Donald J. Trump highlighted the Hotel in a meeting with a senior member of the U.S. House of Representatives and generated media promotion/coverage of the Hotel.

21.     Although there is no publicly available information as to the source of the Hotel's business, press reports have documented that foreign dignitaries have already flocked to the Hotel, including, but not limited to:

(a)     A week after the election, nearly 100 foreign diplomats partied at one of the Hotel's ballroom spaces, and Kuwait moved its annual National Day party (held February 22, 2017) from the Four Seasons to the Hotel.

(b)     One Asian diplomat told the *Washington Post* in November 2016: "Why wouldn't I stay at his hotel blocks from the White House, so I can tell the new president, 'I love your new hotel!' Isn't it rude to come to his city and say, 'I am staying at your competitor?'"; and,

(c)     Just days after the inauguration, a lobbying firm working for Saudi Arabia paid for a room at the Hotel, marking the first publicly known payment on behalf of a foreign government to a property owned by Defendant Donald J. Trump since he became President.

6

22.     A DC-based lobbyist, who asked for anonymity to speak openly about Defendants Donald J. Trump and his properties, stated that although he personally had not been pressured to patronize the Hotel, "reading between the lines isn't that tough here." He continued to state "[t]here is a reason that the senior staff hang out in the lobby bar at the hotel. They are seeing who spends time and money there and who books large parties there and large blocks of rooms for delegations." The lobbyist further said he wouldn't be surprised to see major trade associations such as the U.S. Chamber of Commerce or the National Association of Broadcasters use the hotel to put up visiting colleagues and affiliates. "Point is," the lobbyist said, "someone is paying attention to the person who orders the $1,000 bottle of wine."

23.     The Associated Press noted on March 5, 2017, that "[t]he $200 million hotel inside the federally owned Old Post Office building has become the place to see, be seen, drink, network — even live — for the still-emerging Trump set. It's a rich environment for lobbyists and anyone hoping to rub elbows with Trump-related politicos — despite a veil of ethics questions that hangs overhead."

*The Hotel Directly And Unfairly Competes With The Plaintiff*

24.     Cork has hosted fundraisers for several elected officials including Senator Barbara Mikulski, Congresswoman Lois Capps, and Congressman Jim Cooper.

25.     Cork has also hosted events for groups as diverse, and politically influential, as the World Bank, NARAL Pro-Choice America, the Sierra Club, the Joyce Foundation, Education Fund to Stop Gun Violence, the Atlantic, US Action, Health Care for America, and others.

7

26.     Cork has also catered events for government officials including those from the White House.

27.     Prior to the election of Defendant Donald J. Trump as President, Cork hosted and provided food and beverage service to the Ambassador of Azerbaijan.

28.     In 2017, after the election of Defendant Donald J. Trump, the Hotel hosted an event with the Ambassador of Azerbaijan and the Azerbaijani Embassy.

29.     Defendant Donald J. Trump's interests in the Trump Old Post Office, LLC, have been placed in a revocable trust that acts for his sole benefit. This publicly available information confirms to lobbyists, foreign governments, and governmental contractors that use of the services and facilities at the Hotel and restaurants still directly benefits Defendant Trump and his family, and they may choose, to the detriment of Cork, to conduct business at the Hotel and its restaurants in order to gain influence or advantage thereby continuing the unfair competition.

### UNFAIR COMPETITION CLAIM

30.     Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 30 of this Complaint as if fully set forth herein.

31.     Plaintiff does not object to, nor does it assert any legal basis to complain about, competition from the Hotel or its restaurants prior to January 20, 2017, when Defendant Donald J. Trump began serving as President, but at and after that time it has been damaged by the unfair advantage that the Hotel has exploited because of its ownership by President Trump. That advantage unfairly interferes with Cork's business and constitutes unfair competition.

32.     Cork competes with the restaurants in the Hotel by providing the same or similar services that are provided by them in the same marketplace.

8

33.    Defendants' operation of the Hotel and the restaurants, while Defendant Donald J. Trump serves as President of the United States, unfairly competes for customers in the relevant marketplace, including potential customers of Cork, impairing Cork's ability to compete with the Hotel on a level playing field.

34.    The use by the Hotel of the "Trump" name while Defendant Donald J. Trump serves as President and continues to receive profits from its operation, whether through a revocable trust or otherwise, is further evidence of unfair competition in the District of Columbia marketplace for hotels and restaurants.

35.    The decision of Defendants to continue to operate the Hotel after Defendant Donald J. Trump was inaugurated as President on the United States on January 20, 2017, violates Section 37.19 of the Lease. That Section specifically forbids Defendant Trump from receiving any benefits from the Lease, once he became President, which Defendant Trump has continued to receive and will continue to receive as long as the Lease remains in effect and he remains as President.

36.    In addition to protecting the interests of the United States, particularly by precluding a sitting President from influencing the conduct of the Administrator of GSA – who is appointed by the President, and serves at his pleasure – Section 37.19 also protects competitors of the Hotel and its restaurants from unfair competition.

37.    This protection is made clear because Section 37.19 also prohibits many other elected officials who have no authority over GSA from receiving any benefits under the Lease. These include the following officials of the District of Columbia – the Mayor, members of the Council, and the Attorney General – as well as Senators and Members of the House of Representatives and even non-voting delegates to Congress.

9

38.     The violation of Section 37.19 constitutes a non-monetary default under Section 27.1(b)(ii) of the Lease as of January 20, 2017, which requires Defendants to cure the violation within a reasonable time.

39.     Defendants have taken no action to cure the violation of Section 37.19 or the unfair competition they have created as stated herein, and their public position is that they have no intention of curing that violation, unless ordered by a court to do so.

40.     Furthermore, use of the Hotel and its restaurants by foreign governments and dignitaries that results in monies paid to the Defendants while Defendant Donald J. Trump serves as President reflects further proof of unfair competition under District of Columbia law.

41.     As a result of the unfair competition by the Hotel, Cork has been and will continue to suffer losses of business. Because the extent of those losses cannot be determined in a manner that would enable Cork to recover damages, it has no adequate remedy at law.

42.     To remedy the unfair competition from the Hotel resulting from the violation of Section 37.19 and otherwise and the irreparable injury that it has caused and will continue to cause Cork, the Court should order Defendants to discontinue their unfair competition. That can be accomplished by (a) Defendant Trump Old Post Office, LLC, ceasing or suspending all operations (*i.e.,* closing the Hotel and restaurants) for the duration of Defendant Donald J. Trump's service as President of the United States; (b) Defendants, as well as the family of Defendant Donald J. Trump, promptly and fully divesting themselves of any interest in the Hotel and under the Lease, in a manner to be approved by the Court; or (c) Defendant Donald Trump resigning as President of the United States.

10

WHEREFORE, Plaintiff prays that this Court:

(a) Enter an order declaring that Defendants have engaged in unfair competition under the laws of the District of Columbia;

(b) Order the Defendants to remedy these violations of law by requiring them to discontinue their unfair competition.

(c) Award Plaintiff its costs and reasonable attorneys' fees; and,

(d) Grant such other and further relief as may be just and proper.

DATED: March 9, 2017

Respectfully submitted,

_Scott H. Rome_

Scott H. Rome (D.C. Bar #476677)
*(co-lead counsel)*
Andrew J. Kline (D.C. Bar #358547)
Christopher LaFon (D.C. Bar #483740)
THE VERITAS LAW FIRM
1225 19th Street, N.W.
Suite 320
Washington, D.C. 20036
(202) 686-7600
srome@theveritaslawfirm.com

_Alan B. Morrison_

Alan B. Morrison (D.C. Bar #073114)
Lerner Family Associate Dean for
Public Interest and Public Service Law
GEORGE WASHINGTON UNIVERSITY
LAW SCHOOL
2000 H Street, N.W.
Washington, D.C. 20052
(202) 994-7120
abmorrison@law.gwu.edu

_Mark J. Zaid_

Mark S. Zaid (D.C. Bar #440532)
*(co-lead counsel)*
Bradley P. Moss (D.C. Bar #975905)
MARK S. ZAID, P.C.
1250 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 454-2809
Mark@MarkZaid.com

_Steven L. Schooner_

Steven L. Schooner (D.C. Bar #416769)
Nash & Cibinic Professor
of Government Procurement Law
GEORGE WASHINGTON UNIVERSITY
LAW SCHOOL
2000 H Street, N.W.
Washington, D.C. 20052
(202) 994-3037
sschooner@law.gwu.edu

*Counsel for Plaintiff K&D, LLC, t/a Cork*

11



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

K&D, LLC t/a Cork

_____
                                    Plaintiff

vs.                                 Case Number   __2017 CA 001560 B__

Donald J. Trump

_____
                                    Defendant

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Scott H. Rome [476677]
_____
Name of Plaintiff's Attorney

1225 19th Street NW; Suite 320
_____
Address
Washington, DC 20036
_____

202-686-7600
_____
Telephone

*Clerk of the Court*

By _____
                              Deputy Clerk

Date   __03/10/2017__

如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시요.       የአማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                                                   CASUM.doc





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Teléfono: (202) 879-1133**

_____
Demandante

contra

Número de Caso: _____

_____
Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____                    *SECRETARIO DEL TRIBUNAL*
Nombre del abogado del Demandante

_____        Por: _____
Dirección                                                          Subsecretario

_____
                                                          Fecha: _____
_____
Teléfono
如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요        የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc



## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

K&D, LLC

    Vs.                                      C.A. No.       2017 CA 001560 B

TRUMP OLD POST OFFICE, LLC et al

## <u>INITIAL ORDER AND ADDENDUM</u>

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Robert E. Morin

Case Assigned to: Judge MICHAEL L RANKIN
Date:  March 10, 2017
Initial Conference: 10:30 am, Friday, June 09, 2017
Location:    Courtroom 517
             500 Indiana Avenue N.W.
             WASHINGTON, DC  20001                       Caio.doc

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www:dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code§ 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief   Judge   Robert   E.   Morin

Caio.doc

Filed
D.C. Superior Court
03/27/2017 19:04PM
Clerk of the Court

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

**K&D, LLC t/a CORK,**
c/o Veritas Law
1225 19th Street, NW
Suite 320
Washington, D.C. 20036

*Plaintiff,*

v.

**TRUMP OLD POST OFFICE, LLC**

and

**DONALD J. TRUMP**
Trump Tower
725 5th Avenue
New York, New York 10022

*Defendants.*

Civil Action No. 2017 CA 001560 B
Judge Michael L. Rankin
Next Court Date:   June 9, 2017
Event:   Initial Conference

### PRAECIPE TO EXTEND DEADLINE IN ACCORDANCE WITH SCR 55(a)

Pursuant to Sup. Ct. R. 12(a) and 55(a), please take notice that Plaintiff having provided electronic copies of the complaint, summons, and initial order on March 20, 2017, undersigned counsel hereby agree to an extension of twenty (20) days within which to plead or otherwise respond.

Dated: March 27, 2017

Respectfully submitted,

*/s/ Scott H. Rome*
_____
Scott H. Rome (DC Bar No. 476677)
Andrew J. Kline (DC Bar No. 358547)
Christopher LaFon (DC Bar No. 483740)
THE VERITAS LAW FIRM
1235 19th Street, NW, Suite 320
Washington, DC 20036
Telephone: 202.686.7600
Email: srome@theveritaslawfirm.com

*/s/ Jason R. Scherr*
_____
Jason R. Scherr (DC Bar No. 466645)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202.373.6709
Email: jr.scherr@morganlewis.com

*Counsel for Defendant Donald J. Trump*

Mark S. Zaid (DC Bar No. 440532)
Bradley P. Moss (DC Bar No. 975905)
MARK S. ZAID, P.C.
1250 Connecticut Avenue, NW, Suite 200
Washington, DC 20036
Telephone: 202.454.2809
Email: mark@markzaid.com

Alan B. Morrison (DC Bar No. 073114)
Lerner Family Associate Dean for Public Interest
and Public Service Law
GEORGE WASHINGTON UNIVERSITY LAW SCHOOL
2000 H Street, NW
Washington, DC 20052
Telephone: 202.994.7120
Email: abmorrison@law.gwu.edu

Steven L. Schooner (DC Bar No. 416769)
Nash & Cibinie Professor of Government
Procurement Law
GEORGE WASHINGTON UNIVERSITY LAW SCHOOL
2000 H Street, NW
Washington, DC 20052
Telephone: 202.994.3037
Email: sschooner@law.gwu.edu

*Counsel for Plaintiff K&D, LLC t/a Cork*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of March, 2017, a copy of the foregoing Praecipe was filed and served upon the following recipients by the methods indicated:

Scott H. Rome                                By e-mail
THE VERITAS LAW FIRM
1235 19th Street, N.W., Suite 320
Washington, DC 20036

Mark S. Zaid                                 By e-mail
Bradley P. Moss
MARK S. ZAID, P.C.
1250 Connecticut Avenue, NW
Suite 200
Washington, DC 20036

Alan B. Morrison                             By e-mail
GEORGE WASHINGTON UNIVERSITY LAW SCHOOL
2000 H Street, NW
Washington, DC 20052

Steven L. Schooner                           By e-mail
GEORGE WASHINGTON UNIVERSITY LAW SCHOOL
2000 H Street, NW
Washington, DC 20052

Trump Old Post Office, LLC                   By first-class mail, postage prepaid
*Serve on registered agent*:
        National Registered Agents Inc.
        1015 15th Street NW, Suite 1000
        Washington, DC 20005

*/s/ Jason R. Scherr*
_____
Jason R. Scherr

Filed
D.C. Superior Court
04/03/2017 16:16PM
Clerk of the Court

## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

**K&D, LLC t/a CORK**,
c/o Veritas Law
1225 19th Street, NW
Suite 320
Washington, D.C. 20036,

                    *Plaintiff*,

        v.

**TRUMP OLD POST OFFICE, LLC**

        and

**DONALD J. TRUMP**
Trump Tower
725 5th Avenue
New York, New York 10022,

                    *Defendants*.

Civil Action No. 2017 A 001560 B
Judge Michael L. Rankin
Next Court Date:  June 9, 2017
Event:  Initial Conference

---

## PRAECIPE TO EXTEND DEADLINE IN ACCORDANCE WITH D.C. SUP. CT. R. 55(a)

        Pursuant to D.C. Sup. Ct. R. 12(a) and 55(a), please take notice that Plaintiff having

served copies of the complaint and summons on March 21, 2017 on Defendant Trump Old Post

Office, LLC, undersigned counsel hereby agree to an extension of twenty (20) days within which

to plead or otherwise respond.

DATED:  April 3rd, 2017                        Respectfully submitted,

*/s/ Scott H. Rome*                            */s/ Rebecca Woods*
Scott H. Rome (DC Bar No. 476677)              Rebecca Woods (D.C. Bar No. 468495)
Andrew J. Kline (DC Bar No. 358547)            SEYFARTH SHAW LLP
Christopher LaFon (DC Bar No. 483740)          975 F Street, N.W.
THE VERITAS LAW FIRM                           Washington, DC  20004
1235 19th Street, NW, Suite 320                Telephone:  (202) 463-2400
Washington, DC 20036                           Facsimile:  (202) 641-9200
Telephone:  202.686.7600                       Email:  rwoods@seyfarth.com
Email:  srome@theveritaslawfirm.com            *Counsel for Defendant Trump Old Post Office,*
                                               *LLC*

38345473v.1

Mark S. Zaid (DC Bar No. 440532)
Bradley P. Moss (DC Bar No. 975905)
MARK S. ZAID, P.C.
1250 Connecticut Avenue, NW, Suite 200
Washington, DC 20036
Telephone:  202.454.2809
Email:  mark@markzaid.com

Alan B. Morrison (DC Bar No. 073114)
Lerner Family Associate Dean for Public Interest
and Public Service Law
GEORGE WASHINGTON UNIVERSITY LAW SCHOOL
2000 H Street, NW
Washington, DC 20052
Telephone:  202.994.7120
Email:  abmorrison@law.gwu.edu

Steven L. Schooner (DC Bar No. 416769)
Nash & Cibinie Professor of Government
Procurement Law
GEORGE WASHINGTON UNIVERSITY LAW SCHOOL
2000 H Street, NW
Washington, DC 20052
Telephone:  202.994.3037
Email:  sschooner@law.gwu.edu

*Counsel for Plaintiff K&D, LLC t/a Cork*

38345473v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 3rd day of April, 2017, a copy of the foregoing Praecipe was

filed and served upon the following recipients by the methods indicated:

Scott H. Rome                                             By e-mail
THE VERITAS LAW FIRM
1235 19th Street, N.W., Suite 320
Washington, DC 20036
srome@theveritaslawfirm.com

Mark S. Zaid                                             By e-mail
Bradley P. Moss
MARK S. ZAID, P.C.
1250 Connecticut Avenue, NW
Suite 200
Washington, DC 20036
mark@markzaid.com

Alan B. Morrison                                         By e-mail
GEORGE WASHINGTON UNIVERSITY LAW SCHOOL
2000 H Street, NW
Washington, DC 20052
abmorrison@law.gwu.edu

Steven L. Schooner                                       By e-mail
GEORGE WASHINGTON UNIVERSITY LAW SCHOOL
2000 H Street, NW
Washington, DC 20052
sschooner@law.gwu.edu

Jason R. Scherr (DC Bar No. 466645)                      By e-mail
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:  202.373.6709
jr.scherr@morganlewis.com

                                             */s/ Rebecca Woods*
                                             Rebecca Woods

Filed
D.C. Superior Court
04/04/2017 15:04PM
Clerk of the Court

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

|  |  |
|---|---|
| **K&D, LLC t/a CORK,** | |
| *Plaintiff,* | Civil Action No. 2017 CA 001560 B |
| v. | Judge Michael L. Rankin |
| | Next Court Date:   June 9, 2017 |
| **TRUMP OLD POST OFFICE, LLC,** | Event:   Initial Conference |
| **ET AL.** | |
| *Defendants.* | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF
## ERIC W. SITARCHUK

Jason R. Scherr, a member of the Bar of this Court and attorney for Defendant Donald J.

Trump, respectfully moves that Eric W. Sitarchuk be admitted *pro hac vice* as counsel for

Donald J. Trump in the above-captioned matter.  Attached in support of this motion are: (1)

Application for Admission *Pro Hac Vice* of Eric W. Sitarchuk; (2) Declaration of Eric W.

Sitarchuk; (3) Praecipe of Appearance of Eric W. Sitarchuk; (4) Receipt from Committee on

Unauthorized Practice of Law; and (5) a Proposed Order.

Dated: April 4, 2017

Respectfully submitted,

Jason R. Scherr (DC Bar No. 466645)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202.373.6709
Email: jr.scherr@morganlewis.com

*Counsel for Defendant Donald J. Trump*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the foregoing Motion for Admission

*Pro Hac Vice* for Eric W. Sitarchuk and accompanying documents were served by the methods

indicated below, concurrent with the filing of this document on this 4th day of April, 2017, to:


Scott H. Rome                                    By CaseFileXpress E-service
THE VERITAS LAW FIRM
1235 19th Street, NW, Suite 320
Washington, DC 20036

Mark S. Zaid                                     By CaseFileXpress E-service
Bradley P. Moss
MARK S. ZAID, P.C.
1250 Connecticut Avenue, NW, Suite 200
Washington, DC 20036

Alan B. Morrison                                 By CaseFileXpress E-service
GEORGE WASHINGTON UNIVERSITY LAW SCHOOL
2000 H Street, NW
Washington, DC 20052

Steven L. Schooner                               By CaseFileXpress E-service
GEORGE WASHINGTON UNIVERSITY LAW SCHOOL
2000 H Street, NW
Washington, DC 20052

Rebecca Woods                                    By CaseFileXpress E-service
SEYFARTH SHAW LLP
975 F Street, NW
Washington, DC 20004

                                                 Jason R. Scherr

2

**Form 8.  Application for Admission Pro Hac Vice.**

DISTRICT OF COLUMBIA
COURT OF APPEALS

[or]

SUPERIOR COURT OF
THE DISTRICT OF COLUMBIA

K&D, LLC t/a CORK                          ,      )
         Plaintiff/Appellant,           )        APPLICATION FOR ADMISSION
                               )              PRO HAC VICE
         v.                             )
                               )
TRUMP OLD POST OFFICE, ET AL.    ,         )        Case No. 2017 CA 001560 B
         Defendant/Appellee.            )
_____          )

I declare under penalty of perjury:

☑ (1) That I have not applied for admission pro hac vice in more than five
cases in courts of the District of Columbia this calendar year;

☑ (2) That I am a member in good standing of the highest court(s) of the
State(s) of  Pennsylvania                          ;
                               (state all states)

☑ (3) That there are no disciplinary complaints pending against me for
violation of the rules of the courts of those states;

☑ (4) That I have not been suspended or disbarred for disciplinary reasons
from practice in any court;

☑ (5) That I am associated with _____
    Jason R. Scherr (D.C. Bar No. 466645) of the firm Morgan, Lewis & Bockius
_____
           (name the D.C. Bar member under Super. Ct. Civ. R. 101;
           and give his/her D.C. Bar Number)

☑ (6) That I do not practice or hold out to practice law in the District of
Columbia;  and

☑ (7) That I have read all of the rules of the relevant division of the Superior Court of the District of Columbia and the District of Columbia Court of Appeals, and have complied fully with District of Columbia Court of Appeals Rule 49 and, as applicable, Super. Ct. Civ. R. 101. The reason(s) I am applying for admission pro hac vice are as follows: To assist in the representation of defendant Donald J. Trump in the above-titled matter

I acknowledge the jurisdiction of the courts of the District of Columbia over my professional conduct, and I agree to be bound by the District of Columbia Court of Appeals Rules of Professional Conduct, in this matter, if I am admitted pro hac vice. I have applied for admission pro hac vice in the courts of the District of Columbia  0  times previously in this calendar year.

I attach hereto the receipt issued by the District of Columbia Court of Appeals Committee on the Unauthorized Practice of law as proof of my prior payment of the pro hac vice fee.

Signature

Eric W. Sitarchuk
Print Name

3/27/17
Date

Morgan, Lewis & Bockius LLP

1701 Market Street

Philadelphia, Pennsylvania 19103
Address

(215) 963-5840
Telephone Number

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

**K&D, LLC t/a CORK,**

*Plaintiff,*

v.

**TRUMP OLD POST OFFICE, LLC,
ET AL.**

*Defendants.*

Civil Action No. 2017 CA 001560 B
Judge Michael L. Rankin
Next Court Date:   June 9, 2017
Event:   Initial Conference

### DECLARATION OF ERIC W. SITARCHUK

I, ERIC W. SITARCHUK, declare under penalty of perjury:

1.     I have not applied for admission *pro hac vice* in more than five cases in courts of the District of Columbia this calendar year.

2.     I am a member in good standing of the following Courts: Pennsylvania, First Circuit Court of Appeals, Third Circuit Court of Appeals, United States District Courts for the Eastern and Middle Districts of Pennsylvania.

3.     There are no disciplinary complaints against me for violation of the rules of the Courts set forth in paragraph 2 of this Declaration.

4.     I have not been suspended or disbarred for disciplinary reasons from practice in any court, or resigned with charges pending in any jurisdiction or court.

5.     I have never applied for admission to the D.C. Bar, and thus have not had an application for admission to the D.C. bar denied.

6.     I agree to promptly notify the Court if, during the course of the above-captioned proceedings, I am suspended or disbarred for disciplinary reasons, or if I resign with charges pending in any jurisdiction or court to which I am admitted.

7.      I am associated with Jason R. Scherr, D.C. Bar No. 466645, of the firm Morgan, Lewis &

Bockius, 1111 Pennsylvania Ave., NW, Washington, DC 20004, under D.C. Superior Ct. Civ. R.

101.

8.      I do not practice or hold out to practice law in the District of Columbia.

9.      I have read all the rules of the relevant division of the Superior Court of the District of

Columbia and the District of Columbia Court of Appeals, and have complied fully with District

of Columbia Court of Appeals Rule 49 and D.C. Superior Ct. Civ. R. 101.

10.     The reasons I am applying *pro hac vice* are as follows:  Morgan, Lewis & Bockius

represents Defendant Donald J. Trump in the above-captioned matter.  To assist in the

representation of Donald J. Trump in this matter, I respectfully seek admission *pro hac vice* to

the District of Columbia Bar.

11.     I acknowledge the jurisdiction of the Courts of the District of Columbia over my

professional conduct, and I agree to be bound by the District of Columbia Court of Appeals

Rules of Professional Conduct if I am admitted *pro hac vice*.

12.     I attach hereto the receipt issued by the District of Columbia Court of Appeals Committee

on the Unauthorized Practice of Law as proof of my prior payment of the *pro hac vice* fee.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 31, 2017                          Respectfully submitted,


                                                    Eric W. Sitarchuk
                                                    MORGAN, LEWIS & BOCKIUS LLP
                                                    1701 Market Street
                                                    Philadelphia, PA  19103
                                                    215.963.5840

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

**K&D, LLC t/a CORK,**

*Plaintiff,*

v.

**TRUMP OLD POST OFFICE, LLC, ET AL.**

*Defendants.*

Civil Action No. 2017 CA 001560 B
Judge Michael L. Rankin
Next Court Date:   June 9, 2017
Event:   Initial Conference

## <u>PRAECIPE TO ENTER APPEARANCE</u>

Please take notice that the undersigned hereby request permission of this Court for Eric W. Sitarchuk to appear and participate, *pro hac vice*, as counsel for Defendant, Donald J. Trump. Pursuant to Rule 101 of the Superior Court Rules of Civil Procedure, in support of this request the undersigned aver as follows:

1.   Eric W. Sitarchuk's address and telephone number are:

     1701 Market Street
     Philadelphia, PA 19103
     (215) 963-5840

2.   Eric W. Sitarchuk is a member of the Pennsylvania State Bar.

3.   Eric W. Sitarchuk has not previously sought to appear pursuant to Rule 101.

Jason R. Scherr, a member in good standing of the District of Columbia Bar and counsel of record in the above-captioned matter, joins in this Praecipe.

- SIGNATURES ON FOLLOWING PAGE -

Dated: March 31, 2017

Respectfully submitted,

_____
Jason R. Scherr (DC Bar No. 466645)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202.373.6709

_____
Eric W. Sitarchuk
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5840

*Counsel for Defendant Donald J. Trump*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the foregoing Praecipe to Enter

Appearance was served by the methods indicated below, concurrent with the filing of this

document on this 4th day of April, 2017, to:

Scott H. Rome                                          By CaseFileXpress E-service
THE VERITAS LAW FIRM
1235 19th Street, NW, Suite 320
Washington, DC 20036

Mark S. Zaid                                           By CaseFileXpress E-service
Bradley P. Moss
MARK S. ZAID, P.C.
1250 Connecticut Avenue, NW, Suite 200
Washington, DC 20036

Alan B. Morrison                                       By CaseFileXpress E-service
GEORGE WASHINGTON UNIVERSITY LAW SCHOOL
2000 H Street, NW
Washington, DC 20052

Steven L. Schooner                                     By CaseFileXpress E-service
GEORGE WASHINGTON UNIVERSITY LAW SCHOOL
2000 H Street, NW
Washington, DC 20052

Rebecca Woods                                          By CaseFileXpress E-service
SEYFARTH SHAW LLP
975 F Street, NW
Washington, DC 20004

District of Columbia Court of Appeals'                 By first-class mail, postage prepaid
Committee on Unauthorized Practice of Law
Historic Courthouse
430 E Street N.W.
Room 123
Washington, DC 20001

Jason R. Scherr

3



District of Columbia Court of Appeals
Committee on Unauthorized Practice of Law
430 E Street, N.W. - Room 123
Washington, D.C. 20001
202 / 879-2777

### R E C E I P T

APPLICATION TO APPEAR *PRO HAC VICE*

Of   Eric W. Sitarchuk
        Name of Attorney

Case No.   2017 CA 001560 B
        K&D, LLC t/a Cork v. Trump Old Post Office, et al.

The District of Columbia Court of Appeals Committee on Unauthorized Practice of Law,
in accordance with the provisions of D.C. App. Rule 49(c)(7), has received a copy of the
application to appear *pro hac vice* and the required filing fee. As of this date, the
Committee's records indicate that the attorney has not applied for admission *pro hac vice* in
more than five (5) cases in the courts of the District of Columbia this calendar year.

04/04/2017
Date

for the
Committee on Unauthorized Practice of Law
Room 123 - 202/879-2777

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

**K&D, LLC t/a CORK,**

*Plaintiff,*

v.

**TRUMP OLD POST OFFICE, LLC,**
**ET AL.**

*Defendants.*

Civil Action No. 2017 CA 001560 B
Judge Michael L. Rankin
Next Court Date:   June 9, 2017
Event:   Initial Conference

### [PROPOSED] ORDER

Upon consideration of the Motion for Admission *Pro Hac Vice* for Eric W. Sitarchuk,

It is on this ___ day of _____, 2017, hereby

**ORDERED**, that the Motion is **GRANTED**.

**SO ORDERED.**

_____
Michael L. Rankin
**JUDGE**
(Signed in Chambers)

COPIES TO:

Scott H. Rome (DC Bar No. 476677)
Andrew J. Kline (DC Bar No. 358547)
Christopher LaFon (DC Bar No. 483740)
THE VERITAS LAW FIRM
1235 19th Street, NW, Suite 320
Washington, DC 20036
Telephone: 202.686.7600
Email: srome@theveritaslawfirm.com

Mark S. Zaid (DC Bar No. 440532)
Bradley P. Moss (DC Bar No. 975905)
MARK S. ZAID, P.C.
1250 Connecticut Avenue, NW, Suite 200
Washington, DC 20036
Telephone: 202.454.2809
Email: mark@markzaid.com

Alan B. Morrison (DC Bar No. 073114)
Lerner Family Associate Dean for Public Interest
and Public Service Law
GEORGE WASHINGTON UNIVERSITY LAW SCHOOL
2000 H Street, NW
Washington, DC 20052
Telephone: 202.994.7120
Email: abmorrison@law.gwu.edu

Steven L. Schooner (DC Bar No. 416769)
Nash & Cibinie Professor of Government
Procurement Law
GEORGE WASHINGTON UNIVERSITY LAW SCHOOL
2000 H Street, NW
Washington, DC 20052
Telephone: 202.994.3037
Email: sschooner@law.gwu.edu

*Counsel for Plaintiff K&D, LLC t/a Cork*

Jason R. Scherr (DC Bar No. 466645)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202.373.6709
Email: jr.scherr@morganlewis.com

*Counsel for Defendant Donald J. Trump*

Rebecca Woods
SEYFARTH SHAW LLP
975 F Street, NW
Washington, DC 20004
Telephone: 202.463-2400
Email: rwoods@seyfarth.com

*Counsel for Defendant Trump Old Post
Office, LLC*

**Filed**
**D.C. Superior Court**
**04/10/2017 17:54PM**
**Clerk of the Court**

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

| | |
|---|---|
| K&D, LLC t/a CORK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 2017 CA 001560 B |
| v. | ) Civil Calendar 2 |
| | ) The Honorable Michael L. Rankin |
| TRUMP OLD POST OFFICE, LLC., *et al.*, | ) Next Court Date:  June 9, 2017 |
| | ) Event: Initial Conference |
| Defendants. | ) |
| | ) |

### <u>ORDER</u>

Upon consideration of the Motion for Admission *Pro Hac Vice* for Eric W. Sitarchuk, it is this

10th day of <u>April</u>, 2017, hereby

   **ORDERED**, that the Motion is **GRANTED**.


              _____

              **MICHAEL L. RANKIN, Associate Judge**

Copies mailed electronically to:

Scott H. Rome, Esquire
Rebecca Woods, Esquire
Jason R. Scherr, Esquire

Copies mailed *via First Class Mail* to:

Mark S. Zaid, Esquire
Bradley P. Moss, Esquire
1250 Connecticut Avenue, NW, Suite 200
Washington, DC  20036

Alan B. Morrison, Esquire
Steven L. Schooner, Esquire
George Washington University Law School
2000 H Street, NW
Washington, DC  20052

Eric W. Sitarchuk, Esquire
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA  19103