AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| K&D, LLC t/a CORK | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   17-cv-731 (RJL) |
| TRUMP OLD POST OFFICE, LLC, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Donald J. Trump                                                                                   .

Date:   04/20/2017                                          /s/ Allyson N. Ho
                                                                              *Attorney's signature*

                                                                  Allyson N. Ho (Bar No. 477589)
                                                                    *Printed name and bar number*

                                                                  Morgan, Lewis & Bockius LLP
                                                                  1717 Main Street, Suite 3200
                                                                  Dallas, TX 75201
                                                                              *Address*

                                                                  allyson.ho@morganlewis.com
                                                                           *E-mail address*

                                                                         (214) 466-4000
                                                                         *Telephone number*

                                                                         (214) 466-4001
                                                                            *FAX number*