UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAY 3 0 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

K&D, LLC t/a CORK,

           Plaintiff,

v.

TRUMP OLD POST OFFICE, LLC et al.

           Defendants.

Civil Action No. 17-731 (RJL)

## ORDER

Upon consideration of Plaintiff's Consent Motion for Amended Briefing Schedule for Defendants' Motions to Dismiss, and the entire record herein, it is this 26th day of May 2017, hereby

ORDERED, that the Consent Motion is granted; ORDERED, that Plaintiff will respond to Defendants' Motions to Dismiss on or before June 14, 2017. Defendants will reply to Plaintiff's response on or before June 28, 2017; and further

ORDERED, that the parties shall meet and confer pursuant to LR 16.3, and submit a Joint Meet and Confer Statement and proposed scheduling order within fourteen (14) days following resolution of Defendants' Motions to Dismiss.

_____
HON. RICHARD LEON
UNITED STATED DISTRICT JUDGE