UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **K&D, LLC t/a CORK,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | Civil Action No. 17-731 (RJL) |
| **TRUMP OLD POST OFFICE, LLC** | * | |
| **et al.** | * | |
| Defendants. | * | |
| *    *    *    *    *    *    * | | |

**PLAINTIFF'S SUPPLEMENTAL MEMORANDUM
IN SUPPORT OF PLAINTIFF'S MOTION FOR A STAY OF PROCEEDINGS
PENDING THE RESOLUTION OF THE MOTION TO REMAND**

On May 31, 2017, plaintiff filed a motion to stay its obligation to respond to the separate motions to dismiss its claim on the merits filed by defendant Donald Trump and defendant Trump Old Post Office, LLC, under Rule 12(b)(6) of the Federal Rule of Civil Procedure. Defendants did not consent to that motion, but did consent to a 14 day extension of the time for plaintiff to oppose those motions, which the Court approved, making the response date June 14, 2017. More than a week has passed since plaintiff filed its motion to stay briefing on the motions to dismiss, but neither defendant has responded and offered a basis for denying the motion.

Meanwhile on June 1, 2017, both defendants filed lengthy responses to plaintiff's pending motion to remand, which for defendant OPO, included more than 100 pages of exhibits, which presumably also bear on its pending Rule 12(b)(6) motion. Although plaintiff disagrees with the legal arguments in those oppositions, and will reply by June 8 to them, the briefing on the remand motion makes crystal clear that the parties have vastly different understandings of the legal issues in the case, both as they affect the motion to remand and the motions to dismiss. Defendant Trump propounds an expansive view of Presidential immunity and plaintiff takes a

much narrower view.  Similarly, defendant OPO contends that the presence of what it believes to be issues of federal law in the case transform plaintiff's non-federal claim into a federal cause of action.

Plaintiff does not ask the Court to resolve those differences on this motion for a stay, but only to recognize that it is undeniable that the Court's rulings on the motion to remand will have a major impact on how plaintiff, and presumably defendants, will argue the motions to dismiss. Thus, postponing briefing on the motions to dismiss will enable the parties to tailor their arguments to whichever court the case remains properly before.  Requiring plaintiff to oppose the motions to dismiss before the remand motion is decided, and then to have defendants reply, will almost certainly lead to a request for supplemental briefing once the remand motion is decided, adding to the workload of the parties and the Court.

Finally, there is no showing that defendants have any need to have their Rule 12(b)(6) motions decided immediately.  Plaintiff has not sought discovery and will not until all the pending motions are resolved.  And, if plaintiff's remand motion is granted, the briefing on the non-federal legal issue - the applicability of the District of Columbia's law of unfair competition - can be decided where it belongs, in the Superior Court for the District of Columbia, instead of in federal court.

For the foregoing reasons and those set forth in plaintiff's motion and supporting memorandum of May 31, 2017, the motion to stay briefing on defendants' motions to dismiss should be granted.

Dated:  June 2, 2017

Respectfully submitted,

/s/ _____

Scott H. Rome (D.C. Bar #476677)
(*co-lead counsel*)
Christopher LaFon (D.C. Bar #483740)
*(admission pending)*
THE VERITAS LAW FIRM
1225 19th Street, N.W.
Suite 320
Washington, D.C. 20036
(202) 686-7600
srome@theveritaslawfirm.com

/s/ _____

Mark S. Zaid (D.C. Bar #440532)
(*co-lead counsel*)
Bradley P. Moss (D.C. Bar #975905)
MARK S. ZAID, P.C.
1250 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 454-2809
Mark@MarkZaid.com

/s/ _____

Alan B. Morrison (D.C. Bar #073114)
Lerner Family Associate Dean for
Public Interest and Public Service Law
GEORGE WASHINGTON UNIVERSITY
LAW SCHOOL
2000 H Street, N.W.
Washington, D.C. 20052
(202) 994-7120
abmorrison@law.gwu.edu

*Counsel for Plaintiff K&D, LLC, t/a Cork*

**CERTIFICATE OF SERVICE**

      I, Scott Rome, hereby certify that on this 2nd day of June, 2017, a copy of the foregoing Plaintiff's Supplemental Memorandum in Support of its Motion to Stay was filed with the Clerk of the Court for the United States District Court for the District of Columbia using the CM/ECF system, which will send notice and accomplish service of such filing to the following users:

Jason R. Scherr
Micheal E. Kenneally
Morgan Lewis & Bochius LLP

Eric Sitarchuk
Morgan Lewis & Bochius LLP

Allyson N. Ho
Morgan Lewis & Bochius LLP

*Counsel for Defendant Donald J. Trump*

Rebecca Woods
Seyfarth Shaw LLP

Ester Slater McDonald
Stephania Steward
Seyfarth Shaw LLP

*Counsel for Defendant Trump Old Post Office, LLC*

                                                /s/ Scott Rome