# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| K&D, LLC t/a CORK, <br><br> *Plaintiff*, <br><br> v. <br><br> TRUMP OLD POST OFFICE, LLC, <br><br> and <br><br> DONALD J. TRUMP, *individually, and in his personal capacity*, <br><br> *Defendants*. | Civil Action No. 17-731 (RJL) |

## DEFENDANT DONALD J. TRUMP'S NOTICE IN RESPONSE
## TO PLAINTIFF'S SUPPLEMENTAL MEMORANDUM

Plaintiff filed a motion to stay proceedings on May 24, 2017, which correctly noted Defendants' opposition and did not request expedited responsive briefing or consideration. Dkt. 14. By standard practice and local rule, Defendants have 14 days—until June 7, 2017—to file an opposition memorandum. LCvR 7(b). On June 2, 2017, Plaintiff filed a supplemental memorandum in support of its stay motion, indicating that no opposition had yet been filed. Dkt. 18. Defendant Donald J. Trump respectfully submits this notice of his continued intent to file a memorandum in opposition to the stay motion on or before June 7, 2017.

Dated: June 2, 2017                          Respectfully submitted,

                                             /s/ Jason R. Scherr

1

Eric W. Sitarchuk*
MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
T. 215.963.5000
eric.sitarchuk@morganlewis.com

Allyson N. Ho (DC Bar No. 477589)
MORGAN LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, TX 75201
T. 214.466.4000
allyson.ho@morganlewis.com

Fred F. Fielding (DC Bar No. 99296)
Jason R. Scherr (DC Bar No. 466645)
Michael E. Kenneally (DC Bar No. 1025767)*
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T. 202.739.3000
fred.fielding@morganlewis.com
jr.scherr@morganlewis.com
michael.kenneally@morganlewis.com

**Counsel for Defendant Donald J. Trump**

*U.S. District Court application pending*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on this 2nd day of June, 2017, a copy of the foregoing Notice in Response to Plaintiff's Supplemental Memorandum was served on counsel of record through this Court's ECF filing system.

/s/ Jason R. Scherr
Jason R. Scherr