**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| K&D, LLC t/a CORK,<br><br>          *Plaintiff*,<br><br>     v.<br><br>TRUMP OLD POST OFFICE, LLC,<br><br>     and<br><br>DONALD J. TRUMP, *individually, and in his personal capacity*,<br><br>          *Defendants*. | Civil Action No. 17-731 (RJL) |

**DEFENDANT DONALD J. TRUMP'S NOTICE OF JOINDER
IN DEFENDANT TRUMP OLD POST OFFICE LLC'S MOTION TO DISMISS**

Defendant Donald J. Trump joins in Defendant Trump Old Post Office, LLC's motion to dismiss and accompanying statement of points of authorities (Dkt. 31) and adopts by reference the arguments and requests for relief that they contain.

Dated: February 26, 2018

Respectfully submitted,

/s/ Jason R. Scherr

Eric W. Sitarchuk
MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
T. 215.963.5000
eric.sitarchuk@morganlewis.com

Allyson N. Ho (DC Bar No. 477589)
MORGAN LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, TX 75201
T. 214.466.4000
allyson.ho@morganlewis.com

Fred F. Fielding (DC Bar No. 99296)
Jason R. Scherr (DC Bar No. 466645)
Michael E. Kenneally (DC Bar No. 1025767)
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T. 202.739.3000
fred.fielding@morganlewis.com
jr.scherr@morganlewis.com
michael.kenneally@morganlewis.com

**Counsel for Defendant Donald J. Trump**

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on this 26th day of February, 2018, a copy of the foregoing Defendant Donald J. Trump's Notice of Joinder in Defendant Trump Old Post Office LLC's Motion to Dismiss was served on counsel of record through this Court's ECF filing system.

/s/ Jason R. Scherr
Jason R. Scherr

3