# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| K&D, LLC t/a CORK | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  17-cv-731-RJL |
| TRUMP OLD POST OFFICE, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Trump Old Post Office.

Date: 09/11/2018

/s/ Esther Slater McDonald
*Attorney's signature*

Esther Slater McDonald 495034
*Printed name and bar number*

1075 Peachtree St., Suite 2500
Atlanta, GA 30309-3958

*Address*

emcdonald@seyfarth.com
*E-mail address*

(404) 885-1500
*Telephone number*

(404) 892-7056
*FAX number*