**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| K&D, LLC t/a CORK,<br><br>                  Plaintiff,<br><br>    v.<br><br>TRUMP OLD POST OFFICE LLC; and<br>DONALD J. TRUMP,<br><br>                  Defendants. | Case No. 1:17-cv-00731-RJL<br><br>Hon. Richard J. Leon |

**DEFENDANT TRUMP OLD POST OFFICE LLC'S MOTION FOR RECONSIDERATION OF ORDER ON PLAINTIFF'S MOTION TO RESCHEDULE**

Defendant Trump Old Post Office, LLC ("OPO") respectfully moves this Court to reconsider its order granting Plaintiff's Motion to Reschedule Oral Argument Date and requests the Court reschedule the oral argument for October 29 or 30, or require the parties to submit to this Court dates thereafter that work for all the parties. In support thereof, Defendant states:

1. On September 12, 2018, Plaintiff's counsel filed a "Consented-To" Motion to Reschedule Oral Argument Date to October 22, 2018 or, alternatively, to September 17, 18, 24, 25, 27 or October 29 or 30, 2018.

2. Defendants OPO and Donald J. Trump did not consent to the alternative dates in September.

3. To the contrary, during conferral, Defendants informed Plaintiff that the September dates do not work for OPO's counsel due to a previously scheduled three-week trial and other commitments. OPO's counsel has a three-week trial scheduled to begin on September 24, 2018, in *Maintenance Enterprises, LLC v. Orascom E&C USA, Inc.*, Civil Action No. 3:16-cv-00014-SMR-CFB (S.D. Iowa). Defendants informed Plaintiff that they can be available on October 29 or 30.

4. This Court's Case Management Order requires the party seeking a continuance to identify "three alternative dates and times that would be convenient for all parties in the case." (ECF 5 ¶ 4.)

5. Plaintiff failed to comply with the Court's standing order by including dates Plaintiff knew Defendants' counsel are not available for oral argument.

6. The earliest dates that are convenient for all parties are October 29 and 30, 2018.

7. For this reason, Defendant OPO requests that the Court reconsider its order and reschedule the oral argument for October 29 or 30, 2018, or that the Court order the parties to work to find additional dates there after that work all the parties.

Dated: September 13, 2018

                              Respectfully submitted,

*/s/ Rebecca Woods*
Rebecca Woods (D.C. Bar No. 468495)
rwoods@seyfarth.com
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, DC  20004
Telephone:  (202) 463-2400
Facsimile:  (202) 641-9200

Esther Slater McDonald (D.C. Bar No. 495034)
emcdonald@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia 30309
Telephone:  (404) 885-1500
Facsimile:   (404) 892-7056

*Counsel for Defendant*
*Trump Old Post Office, LLC*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 13th day of September, 2018, copies of the foregoing **DEFENDANT TRUMP OLD POST OFFICE LLC'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER GRANTING PLAINTIFF'S MOTION TO RESCHEDULE ORAL ARGUMENT DATE** was filed with the Clerk of the Court for the U.S. District Court for the District of Columbia using the CM/ECF system, which will send notice and accomplish service to the following registered CM/ECF users:

Scott H. Rome
Andrew J. Kline
Christopher LaFon
THE VERITAS LAW FIRM
1235 19th Street, N.W., Suite 320
Washington, DC 20036
srome@theveritaslawfirm.com

Alan B. Morrison
Steven L. Schooner
GEORGE WASHINGTON UNIVERSITY LAW SCHOOL
2000 H Street, NW
Washington, DC 20052
abmorrison@law.gwu.edu
sschooner@law.gwu.edu

Mark S. Zaid
Bradley P. Moss
MARK S. ZAID, P.C.
1250 Connecticut Avenue, NW, Suite 200
Washington, DC 20036
mark@markzaid.com

*Counsel for Plaintiff*

Jason R. Scherr
Michael E. Kenneally
Fred F. Fielding
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202.373.6709
jr.scherr@morganlewis.com
michael.kenneally@morganlewis.com
fred.fielding@morganlewis.com

Eric W. Sitarchuk
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
eric.sitarchuk@morganlewis.com

Allyson N. Ho
MORGAN, LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, TX 75201
allyson.ho@morganlewis.com

*Counsel for Defendant Donald J. Trump*

           By: */s/ Rebecca Woods*
             Rebecca Woods