# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

K&D, LLC t/a Cork
         Plaintiff

vs.                           Civil Action No. 17-731 (RJL)

Trump Old Post Office, LLC, et al.
         Defendant

## NOTICE OF APPEAL

Notice is hereby given this 10th day of December, 20 18, that plaintiff K&D, LLC hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 26th day of November, 20 18 in favor of defendants Trump Old Post Office, LLC, and Donald J. Trump against said plaintiff K&D, LLC

Bradley P. Moss
Attorney or Pro Se Litigant
Mark S. Zaid, P.C.
1250 Connecticut Avenue, NW
Suite 700
Washington, D.C. 20036

Address and Phone Number

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK** Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

K&D, LLC t/a Cork
                    Plaintiff

vs.                                         Civil Action No. 17-731 (RJL)

Trump Old Post Office, LLC, et al.
                    Defendant

## NOTICE OF APPEAL

Notice is hereby given this   10th   day of   December   , 20 18   , that

plaintiff K&D, LLC

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the   2nd   day of   January   , 20 18

in favor of   defendants Trump Old Post Office, LLC, and Donald J. Trump

against said   plaintiff K&D, LLC

                                        Bradley P. Moss
                                        Attorney or Pro Se Litigant
                                        Mark S. Zaid, P.C.
                                        1250 Connecticut Avenue, NW
                                        Suite 700
                                        Washington, D.C. 20036

                                        Address and Phone Number

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**  Please mail copies of the above Notice of Appeal to the following at the addresses indicated: