# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 18-7185**                                                      **September Term, 2019**

1:17-cv-00731-RJL

Filed On: April 8, 2020 [1837256]

K&D LLC, trading as Cork,

    Appellant

  v.

Trump Old Post Office LLC and Donald J. Trump,

    Appellees

## M A N D A T E

    In accordance with the judgment of February 28, 2020, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

                          BY:    /s/
                                                Daniel J. Reidy
                                                Deputy Clerk

Link to the judgment filed February 28, 2020